1  SCHEER & IMFELD, LLP
   SPENCER P. SCHEER #107750
2  MICHAEL D. IMFELD #76851
   JACOB BARLEV #235439
3  100 Smith Ranch Rd., Suite 306
   San Rafael, CA  94903
4  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910

Attorney for DEFENDANT RESIDENTIAL
SERVICES VALIDATED PUBLICATIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FANT, BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO and PROCSY YADAO,<br><br>    Plaintiffs,<br><br>  vs.<br><br>RESIDENTIAL SERVICES VALIDATED PUBLICATIONS; JOHN A. MYRTAKIS; JAMKE, A CALIFORNIA GENERAL PARTNERSHIP; LESLIE F. JENSEN AND DOES 1-50,<br><br>    Defendants. | Case No.:  C06-02206 SI<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS UNDER RULE 12(b) AND TIME FOR DEFENDANTS TO RESPOND**<br><br>Hearing -<br>Date:         June 29, 2006<br>Time:        10:00 a.m.<br>Dept:         Courtroom #10<br>Judge:  Hon. S. Illston |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Motion to Dismiss pursuant to Rule 12(b) by

///
///
///
///
///
///

1
**STIPULATION TO CONTINUE MOTION TO DISMISS UNDER RULE 12(b) AND TIME TO RESPOND TO COMPLAINT**

RESIDENTIAL SERVICES VALIDATED PUBLICATIONS (RSVP) be continued from June 23, 2006 to June 29, 2006, at 10 a.m., in Courtroom #10.

Dated:   June 21, 2006

/s/ Michael D. Imfeld
CA State Bar #76851, for
Defendant RSVP

Dated: June 21, 2006

/s/
CA State Bar # 114979
Attorneys for Defendants John A. Myrtakis and JAMKE, A California General Partnership

Dated: June ___ 2006

/s/
CA State Bar #94615
Attorneys for Defendant Leslie Jensen

Dated:  June 21, 2006

___/s/  Andrew Shalaby_____
Andrew Shalaby
CA State Bar #  206841
Attorney for Plaintiffs

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
**STIPULATION TO CONTINUE MOTION TO DISMISS UNDER RULE 12(b) AND TIME TO RESPOND TO COMPLAINT**