Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY FANT, BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO, and PROCSY YADAO<br><br>Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL SERVICES VALIDATED PUBLICATIONS; JOHN A. MYRTAKIS; JAMKE, A CALIFORNIA GENERAL PARTNERSHIP; LESLIE F. JENSEN; and DOES 1-50,<br><br>Defendants | Case No. C06-02206 SI<br><br><br><br>DATE: July 10, 2006<br>Courtroom: 10<br>Judge: Hon. Susan Illston |

**REQUEST FOR DISMISSAL OF YADAO'S CLAIMS UNDER 28 U.S.C. § 362(H) AND FOR MALICIOUS PROSECUTION AGAINST DEFENDANTS <u>JOHN A. MYRTAKIS; JAMKE, A CALIFORNIA GENERAL PARTNERSHIP</u>**

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

PLEASE TAKE NOTICE that PLAINTIFFS BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO, and PROCSY YADAO hereby request that this Court dismiss the remaining two claims against defendants <u>JOHN A. MYRTAKIS</u> and <u>JAMKE,</u>

---

**YADAO'S REQUEST FOR DISMISSAL OF MALICIOUS PROSECUTION AND 28 UNITED STATES CONSTITUTION 362(H) CLAIMS AGAINST JAMKE / MYRTAKIS**
**Case No. C06-02206 SI**

1

A CALIFORNIA GENERAL PARTNERSHIP, which were specified as the FIFTH and SIXTH causes of action on the complaint filed March 28, 2006, WITHOUT PREJUDICE. The claims against JOHN A. MYRTAKIS and JAMKE, A CALIFORNIA GENERAL PARTNERSHIP were for "DAMAGES UNDER 11 U.S.C. § 362(h) and for "MALICIOUS PROSECUTION. This request for dismissal does not extend to any other claims against any other parties.

PLEASE TAKE NOTICE that on June 29, 2006, by way of "ECF 19," this Court dismissed all the other remaining claims against defendants JOHN A. MYRTAKIS and JAMKE, A CALIFORNIA GENERAL PARTNERSHIP (along with defendant "RSVP"), therefore once this dismissal is entered there should be no remaining claims against defendants JOHN A. MYRTAKIS and JAMKE, A CALIFORNIA GENERAL PARTNERSHIP in this action.

Dated: July 10, 2006

_____
Andrew W. Shalaby, Attorney for Plaintiffs

---

**DISMISSAL ENTERED AS REQUESTED**

IT IS HEREBY ORDERED that the above-specified dismissal is ENTERED AS REQUESTED, WITHOUT PREJUDICE.

Dated:_____

_____
United States District Judge

---

**YADAO'S REQUEST FOR DISMISSAL OF MALICIOUS PROSECUTION AND 28 UNITED STATES CONSTITUTION 362(H) CLAIMS AGAINST JAMKE / MYRTAKIS**

Case No. C06-02206 SI

2