Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FANT, BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO, and PROCSY YADAO<br><br>Plaintiffs,<br><br>vs.<br><br>RESIDENTIAL SERVICES VALIDATED PUBLICATIONS; JOHN A. MYRTAKIS; JAMKE, A CALIFORNIA GENERAL PARTNERSHIP; LESLIE F. JENSEN; and DOES 1-50,<br><br>Defendants | Case No. C06-02206 SI<br><br>**EX PARTE APPLICATION FOR CHANGE OF VENUE PURSUANT TO UNOPPOSED MOTION**<br><br>**REQUEST FOR WAIVER OF ORAL ARGUMENT**<br><br>DATE: July 14, 2006<br>Courtroom: 10<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston |

TO THIS COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO, and PROCSY YADAO hereby move ex parte for change of venue to the District Court in the Eastern District of California, located in Fresno, pursuant to the unopposed motions for change of venue filed July 10, 2006 by defendants <u>JOHN A. MYRTAKIS</u>, <u>JAMKE, A CALIFORNIA GENERAL PARTNERSHIP</u>, and <u>LESLIE F. JENSEN</u>. No noticed motion is required because these plaintiffs do not oppose the request for change of venue, and because the specified defendants do not oppose this ex parte request for change of venue as the defendants themselves are moving for change of venue at this

**YADAO'S EX PARTE APPLICATION FOR CHANGE OF VENUE**
**Case No. C06-02206 SI**

1

1  time.

2

3  Dated: July 10, 2006

                                      Andrew W. Shalaby, Attorney for Plaintiffs

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

**YADAO'S EX PARTE APPLICATION FOR CHANGE OF VENUE**
**Case No. C06-02206 SI**

**2**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. DEFENDANTS ALSO SEEK CHANGE OF VENUE**

On July 10, 2006 defendants <u>JOHN A. MYRTAKIS</u>, <u>JAMKE, A CALIFORNIA GENERAL PARTNERSHIP</u>, and <u>LESLIE F. JENSEN</u> filed a motion to dismiss the remaining claims against them due to improper venue, and for change of venue in the alternative. The motion was filed after Plaintiffs BENNY AND PROCSY YADAO FAMILY TRUST; BENNY YADAO, and PROCSY YADAO had met and conferred with MYRTAKIS/JAMKE's counsel on July 10, 2006 and agreed to a proposal to dismiss the claims against MYRTAKIS and JAMKE, and also filed *after* these plaintiffs had already filed their request for dismissal as to those defendants. Once the Court enters the dismissal as to these defendants, their pending motion shall become moot anyway, leaving only the joinder of defendant LESLIE F. JENSEN for hearing. The hearing on Ms. Jensen's joinder motion is not necessary because these plaintiffs do not oppose the request for change of venue as to Ms. Jensen, and hereby move for change of venue as well. To the extent that Ms. Jensen still has a pending joinder to a motion to "dismiss" due to "improper venue," that portion of the motion would appear to be moot as well since the motion of the moving parties themselves is moot by way of the dismissal filed July 10, 2006 (once entered by the Court). Pursuant to L.R. 7-10 (a) and (b), ex parte relief is appropriate because the relief is now administrative in nature, and because with regard to this application for change of venue, all the moving defendants also ask for change of venue to Fresno, and there is no opposition to YADAO's application for change of venue. The motions of all the remaining defendants as well as the remaining plaintiffs herein therefore form a constructive stipulation for change of venue. However, it should be pointed out that defendants MYRTAKIS and JAMKE are actually being dismissed at this time (request already filed and awaiting entry), therefore only remaining defendant LESLIE F. JENSEN, who resides in Modesto, California, would appear

**YADAO'S EX PARTE APPLICATION FOR CHANGE OF VENUE**
**Case No. C06-02206 SI**

**3**

1 to be at issue. A motion for change of venue is authorized pursuant to 28 U.S.C. § 1406:

2     (a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

4     (b) Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district. Transfer of proceedings in rem brought by or on behalf of the United States may be transferred under this section without the consent of the United States where all other parties request transfer.

The District Court in Fresno, as specified by the moving *defendants*, appears to be the correct venue for Modesto. Please see accompanying Declaration of Andrew Shalaby.

Unless opposing parties and counsels indicate a desire for oral argument, it appears oral argument is not necessary and therefore the moving plaintiffs also respectfully request a waiver of oral argument to save the parties time and money.

Dated: July 10, 2006

                                    Andrew W. Shalaby, Attorney for Plaintiffs

**YADAO'S EX PARTE APPLICATION FOR CHANGE OF VENUE**
                                    **Case No. C06-02206 SI**

4